UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **John Samples,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 1:12-cv-1226-WTL-DKL |
| | ) |
| **IMC Credit Services, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## PLAINTIFF'S NOTICE OF SERVICE OF PROCESS

Comes now the Plaintiff, by counsel, and hereby files this Notice of Service of Process in the above-captioned action and, in support thereof, would show the Court the following:

1. On September 6, 2012, the Defendant was served with the Summons and Complaint.  *See Affidavit of Process Server attached hereto as Exhibit "1".*

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp, #19891-49
Attorney for Plaintiff
5218 S. East Street, Suite E-1
Indianapolis, IN  46227
Office: (317) 780-8300
Fax: (317) 217-1320
steinkamplaw@yahoo.com

## Certificate of Service

The undersigned attorney hereby certifies that a copy of the foregoing document was served on the following by US Mail, first class postage paid and/or via ECF on September 14, 2012.

Corporation Service Company
Registered Agent for IMC Credit Services LLC
251 E. Ohio Street, Suite 500
Indianapolis, IN 46204

    Respectfully submitted,

    /s/ John Steinkamp
    John T. Steinkamp
    John Steinkamp and Associates
    5218 S. East Street, Suite
    Indianapolis, IN 46227
    Office: (317) 780-8300
    Fax: (317) 217-1320
    steinkamplaw@yahoo.com